No. 308. KERR, TRUSTEE IN BANKRUPTCY, *v.* SOUTHWESTERN LUMBER Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John H. Crooker* for petitioner. *Messrs. Charles H. Woods* and *Jonathan C. Gibson* for respondent.

No. 310. OKLAHOMA STATE BANK OF ENID *v.* FIDELITY & DEPOSIT Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. P. C. Simons, L. E. McKnight,* and *R. W. Simons* for petitioner. *Mr. Horace G. McKeever* for respondent.

No. 311. L. J. HOUZE CONVEX GLASS Co. *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Messrs. James J. Lenihan* and *William S. John* for petitioner. *Solicitor General Reed, Assistant Attorney General MacLean,* and *Messrs. Paul A. Sweeney* and *M. Leo Looney, Jr.,* for the United States.

No. 314. MITCHELL *v.* CITIZENS STATE BANK OF CHICAGO ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Abraham Teitelbaum* and *Esther Melnick* for petitioner. *Messrs. James Todd* and *Wm. H. Beckman* for respondents.

No. 331. SORENSEN *v.* COLLINS, TRUSTEE. October 14, 1935. Petition for writ of certiorari to the Circuit Court